UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT E. STEELE,
    a.k.a. Robert E. Steele, Jr.,

    Defendant.

Case: 4:23-cr-20476
Judge: Kumar, Shalina D.
MJ: Ivy, Curtis
Filed: 08-16-2023
SEALED MATTER (tt)

Violations:
18 U.S.C. § 922(g)(1)
18 U.S.C. § 922(o)
18 U.S.C. § 933(a)(1)

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### FELON IN POSSESSION OF AMMUNITION
### 18 U.S.C. § 922(g)(1)

On or about May 2, 2023, in the Eastern District of Michigan, ROBERT E. STEELE, knowing he had been previously convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, ammunition, that is, seventeen rounds of 9mm Luger ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
### ILLEGAL POSSESSION AND TRANSFER OF A MACHINEGUN
### 18 U.S.C. § 922(o)

On or about May 2, 2023, in the Eastern District of Michigan, ROBERT E. STEELE knowingly possessed and transferred a machinegun, that is, a privately manufactured firearm bearing no serial number, modified with a conversion device that converted the firearm to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Section 922(o).

## COUNT THREE
### ILLEGAL TRAFFICKING IN FIREARMS
### 18 U.S.C. § 933(a)(1)

On or about the May 2, 2023, in the Eastern District of Michigan, ROBERT E. STEELE knowingly shipped, transported, transferred, cause to be transported, or otherwise disposed of a firearm, that is, a privately manufactured firearm bearing no serial number, modified to function as a machinegun, to Individual-1 in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by Individual-1 would constitute a felony, in violation of Title 18, United States Code, Section 933(a)(1).

2

## FORFEITURE ALLEGATIONS
## 18 U.S.C. § 924(d)(1)

The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction of an offense charged in Counts One through Three, ROBERT E. STEELE shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in said offense including, but not limited to, a privately manufactured firearm bearing no serial number, loaded with seventeen (17) rounds of 9mm Luger ammunition and a "Glock switch" machine gun conversion device.

**THIS IS A TRUE BILL.**

Dated: August 16, 2023                     s/GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney


s/ANTHONY P. VANCE                         s/BLAINE T. LONGSWORTH
ANTHONY P. VANCE                           BLAINE T. LONGSWORTH
Assistant United States Attorney           Assistant United States Attorney
Chief – Branch Offices                     600 Church Street
600 Church Street                          Flint, Michigan 48502-1280
Flint, Michigan 48502-1280                 Phone: (810) 766-5177
Phone: (810) 766-5177                      blaine.longsworth@usdoj.gov
anthony.vance@usdoj.gov                    P55984
P61148

Companion Case information MUST be completed by AUSA and initialed.

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | Companion Case Number: 23-CR-20414 |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: F. Kay Behm |
| ☑ Yes   ☐ No | AUSA's Initials: TV |

Case Title: USA v. ROBERT E. STEELE

County where offense occurred : GENESEE

Check One:   ☑ Felony          ☐ Misdemeanor          ☐ Petty

    X Indictment/_____Information --- **no** prior complaint.
    ____Indictment/_____Information --- based upon prior complaint [Case number: _____]
    ____Indictment/_____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _____      Judge: _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

8/16/2023
Date

*Anthony P Vance* (signature)
Anthony P. Vance
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Anthony.Vance@usdoj.gov
P61148

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013